# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :     Criminal Number: **2:12 CR 273-1**

         v.             :     **WAIVER OF INDICTMENT**

DAVID BUTLER             :

     I, David Butler, am charged with violating 15 U.S.C. §1 being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on (Date) **4/23/12** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

_____
David Butler
Defendant

_____
Paul Shechtman, Esq.
Counsel for Defendant

Before: _____
HONORABLE Dennis M. Cavanaugh
United States District Judge