UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                          DATE: 23 April 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan

OTHER: _____

Title of Case:                                  Docket # 2:12cr273-1

U.S.A.  v.  David Butler

Appearances:

AUSA    Bryan Bughman & Debra Brookes
D       Paul Shechtman

Nature of proceedings:

Deft. sworn
Waiver of Indictment fld.
Information fld.
Plea Guilty to Ct. 1  Of Information
Rule 11 fld.
Plea Agreement fld.
ORDERED sentence date set for 6 August 2012 at 10
ORDERED bail set at $100,000.00 PR Bond
bond signed in courtroom


Time Commenced    10
Time Adjourned    10:30


cc: chambers                              Scott P. Creegan
                                          Deputy Clerk