UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------X

UNITED STATES OF AMERICA          :

vs.                               :    Case No. 12 CR 273-1 (DMC)

DAVID BUTLER,                     :    ORDER

           Defendant.       :
----------------------------------X

WHEREAS, this matter has come before the Court on the application of Paul Shechtman, attorney for defendant David Butler, for an order permitting Mr. Butler to travel to the Cayman Islands from January 31, 2014, to February 7, 2014; and

WHEREAS, counsel for the government, Bryan Bughman, consents to the application, and Pre-Trial Services Officer Adrienne Smith has no objection to request,

IT IS HEREBY ORDERED: (i) that David Butler's bail conditions are modified to permit him to travel to the Cayman Islands from January 31, 2014, to February 7, 2014; (ii) that Mr. Butler is required to provide Pre-Trial Services a travel itinerary prior to leaving the country; (iii) that Pre-Trial Services is authorized to release Mr. Butler's passport to him on January 30, 2014, to permit his travel; and (iv) that Mr. Butler is required to surrender his passport to Pre-Trial Services within one business day of his return.

                                        HON. DENNIS M. CAVANAUGH
                                        UNITED STATES DISTRICT JUDGE

January 23, 2014