UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :

        vs.            :            Case No. 12 CR 273-1 (DMC)

DAVID BUTLER,            :            ORDER

        Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      WHEREAS, this matter has come before the Court on the application of Paul Shechtman, attorney for defendant David Butler, for an order permitting Mr. Butler to travel to Europe from June 27, 2014, to July 11, 2014; and

      WHEREAS, counsel for the government, Bryan Bughman, consents to the application, and Pre-Trial Services Officer Adrienne Smith has no objection to request,

      IT IS HEREBY ORDERED:  (i) that David Butler's bail conditions are modified to permit him to travel to Europe from June 27, 2014, to July 11, 2014; (ii) that Mr. Butler is required to provide Pre-Trial Services a travel itinerary prior to leaving the country; (iii) that Pre-Trial Services is authorized to release Mr. Butler's passport to him on June 26, 2014, to permit his travel; and (iv) that Mr. Butler is required to surrender his passport to Pre-Trial Services within one business day of his return.

                                           _____
                                        HON. FAITH S. HOCHBERG
                                        UNITED STATES DISTRICT JUDGE

April 8th, 2014