399 PARK AVENUE   14TH FLOOR
NEW YORK, NY 10022-4614
212.704.9600   212.704.4256 fax   www.zuckerman.com

PAUL SHECHTMAN
Partner
646-746-8657
PShechtman@zuckerman.com

VIA ECF

February 4, 2016

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   United States v. David Butler, Docket No. 12-cr-00273 (SDW)
      United States v. DSBD, LLC, Docket No. 12-cr-00274 (SDW)

Dear Judge Wigenton:

David Butler's sentencing in the above-captioned case is scheduled for March 3, 2016. Sentencing for DSBD, LLC, the company that Mr. Butler owned, is scheduled for April 4, 2016. I write because it might be more efficient to schedule both sentences on the same day. I have spoken to AUSA Bryan Bughman who joins in this request. If the Court's schedule permits, both cases could be set for March 3, 2016.

I thank the Court for considering this request.

Respectfully submitted,

Paul Shechtman

PS/wr

cc:   AUSA Bryan Bughman