# Appendix A

**Maxine W. Butler**
**Six Southwood Drive**
**Cherry Hill, New Jersey 08003**

December 27, 2015

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: David Butler

I first met David Butler in 1973, when I was a senior in high school. He was a sophomore in college. We were both working at the Jewish Community Center as counselors for school aged children during their spring break from school. I was immediately attracted to his confidence, thoughtfulness and, the easy and warm way in which he interacted with the children. Not only did he ask me out the first day that we worked together, but he also told me that he was going to marry me. Frankly that scared me to death, but here we are, 43 years later, still together! I am proud to say that this coming March 2016, we will celebrate 40 years of marriage.

I was twenty when we married and he was 22. In a very real sense, we grew up together. I finished my college degree after we married, went on to earn a Masters Degree in Social Work and completed several postgraduate clinical training programs in the first decade of our marriage. I have been a practicing psychotherapist for over 35 years, working with adolescents, adults and couples. David has always supported me in my quest for professional development in anyway needed and has been proud of my accomplishments.

Not only has David been a loving and supportive husband, as a son and a father, he has been very devoted. David's father had worked as a carpenter for his whole adult life. Being the nature of that business, his father had frequent periods of unemployment which put a strain on the family. David worked all through school, from as young an age that it was possible to work, often holding several jobs at a time, to help the family out. David was a fine arts major in college with a minor in education. Shortly after graduation, an opportunity presented itself for David to work in a plastics manufacturing business which would allow him to utilize his design background combined with all he had learned about how to make things, from his father, the carpenter. Additionally, David saw an opportunity in this business, to be able to offer his father steady employment, for perhaps the first time in his life. As a result, David's parents were able to enjoy financial security and a better quality of life, in the final years of their lives. He even stayed longer at this company than he wanted to, because he was fearful that if he left, his father would no longer have a job. Unfortunately, both of David's parents died relatively young. His mother died in1992 at the age of 64, and his father died in 1997,

-2-

just after his 70th birthday. David's strong family values are one of the qualities about him that I hold so dear.

David and I have been blessed with two wonderful children. Our son Ari turned 35 this past October and our daughter Lauren will be 32 in April. Ari married his wife Sara almost 8 years ago. They live in New York City and are both working actors. Ari and Sara have a son Charlie, who is our first grandchild and the light of our life! Charlie turned one year old this past November. Lauren, like me, is a Licensed Clinical Social Worker. She works as a psychotherapist in the Department of Psychiatry at Jefferson University Hospital in Philadelphia. She and her husband Jake have been married for two years and are expecting their first child in May.

David has always been very involved with both children. From the time that they were born, I always worked two evenings a week. This left David sharing in all parenting duties. Additionally, David coached numerous little league baseball, softball and basketball teams for both children through the years. While he loves to win, his focus was always on seeing that the kids developed game skills, knew the rules of the game, as well as the importance of good sportsmanship. When our son chose to focus more on his interest in theater rather than sports, David supported him in this, getting involved where he could, offering his carpentry know-how for the building of sets, when needed. When either Ari or Lauren ran for various leadership positions in school, David was the first parent at school with a tall ladder, helping them to hang their campaign posters and banners.

I have always admired the energy with which David approaches life. For many people, having a demanding work life and raising a family, is all consuming. In addition to this however, David has always felt the need to give back to the larger community and he has done this in a big way. For twenty-five years, David served on the board of our local Jewish Community Center, a place that had been important to him as a child and a place that had contributed to his development from a young age. David evolved overtime into various leadership positions culminating in his serving as President of the Board of Directors from 1996 until 1998. During his presidency, the community center moved from the old building where he and I had met, to a beautiful state of the art building which was in closer proximity to where the population it served, had migrated. David was totally involved for the 10 years prior to that move in every aspect of this project. He was one of the primary fundraisers for this project. His passion and enthusiasm for this project was contagious and people responded. He really was a visionary. This project has really changed the fabric of our community. The Jewish Community Center of Southern New Jersey is a thriving hub for our community, serving the young, the old and everyone in between, as well as Jews and other denominations.

I was never more proud of David, than I was through the years when he was fundraising for this project. It was a very exciting time in our lives. While David continues to be an advisor to new leadership at the JCC, he has moved on to other

-3-

involvements. After his JCC years, David turned his energy to Elwyn Institute located in Media, Pennsylvania. Elwyn is a program serving the needs of developmentally disabled and cognitively impaired children and adults. My brother Bruce, who is 58 years old and brain damaged, has resided in Elwyn's residential program for over 40 years. Elwyn has been a valued institution in the life of our family. David has served on a Recreation Committee and for a time was on a business advisory Board of Directors.

A year ago, David retired from the tax lien business. Having been diagnosed with an aggressive form of prostate cancer little over two years ago, David was anxious to take his life in a different direction. David is a very accomplished oil painter and sculpture. About five years ago, after a long hiatus from painting, he began to paint once again. Upon retirement, he is now teaching three art classes per week. He is teaching seniors at a local assisted living facility, he is teaching adults at the Jewish Community Center, and he is teaching adolescents at Urban Promise in Camden, New Jersey. Urban Promise is a Christian based program for disadvantaged urban youth. In addition to teaching art in their school program, David is partnering with Urban Promise to develop an Arts Center which will offer visual and performing arts programing for the youth of Camden. He is very excited about this project which will utilize his creativity, design and fundraising skills.

David is committed to making the world a better place. He is not afraid to stand up for what he sees as wrong, even when this stance is the unpopular one. These are some of the qualities that I value and respect most about my husband. I have been watching him operate with a great deal of integrity over the years, with a strong sense of right and wrong. I know that he deeply regrets his actions that have led to the charges against him, and I know that he has learned from his mistakes.

Sincerely,

*Maxine W. Butler*

Maxine W. Butler

**Ari Butler**

160 West 106th Street
Apartment 2C
New York, NY 10025
646-526-5290

January 6, 2016

**Honorable Susan D. Wigenton**
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Dear Judge Wigenton -

David Butler is my father. I'm a 35-years-old graduate of NYU/Tisch with a BFA in Drama & History. My wife and I live on the upper west side of Manhattan with our 1-year-old son, Charlie, David's first grandchild. We are both working TV/Theater actors who supplement our careers with a host of  side jobs (SAT tutoring, corporate consulting, wedding planning, etc).

Through this entire ordeal, in our private conversations, Dad has always taken complete ownership of the events that led to his conviction. Well before this trial gained attention in the newspaper, my father sat us down to explain how he came to be mixed up in this situation and took full responsibility, acknowledging what he knew at the time and what he did not. He spoke with confidence of his decision to cooperate with the government. Then, when this situation brought our family public embarrassment, to the extent he could legally, he addressed our closest friends and family members' questions with the same openness. Watching my father navigate through the aftermath of this matter has been a poignant lesson in how to lead my life, a life that will no doubt include mistakes of my own.

All the typical things that a son would write to suggest that he had a "good dad" certainly apply to mine. At holidays he is first to express his gratitude and on the phone he is quick to reveal his affection. Here are 3 examples of how I believe my father is exceptional:

- <u>Commitment</u>: As a husband, my father is unequalled. Love abounds and laughter fills our home. My hope is that my wife knows she's as greatly appreciated as my father has made my mother feel.

- <u>Community</u>: As a leader in our community, my sister and I were proud to watch him continue to take on larger and larger roles. His volunteer work as President of the JCC in South Jersey was a huge source of inspiration for us all. Through my teenage years, he kept us up-to-date on the evolving plans for the new JCC building, allowed us to listen in on fundraising meetings around our dinning room

table, take the first tours through the footprint of the construction sight, and participate in the opening events as if the accomplishment was our entire family's. Last weekend, beaming with pride, he walked Charlie around the facility. This is just one of a number of ways my father has taught us the importance of giving back to the community. Currently he is volunteering as an art teacher at Urban Promise for disadvantaged youth in Camden, NJ.

- <u>Support</u>: As my little league team's enthusiastic coach, Dad never showed anything but his unconditional support when I opted to skip practice to go to my preferred activity – dance class. We both loved to throw the ball around, but he knew where my passions lie and proudly held the video camera through many a dance recital.

My work ethic comes directly from watching my father relentlessly keep putting one foot in front of another. As an actor facing constant rejection, as an actor constantly struggling to balance 3 side jobs to support my own family, my father's journey in business has served as a continued source of strength. Like a phoenix, he has risen from obstacles repeatedly, with many ups and downs. In my own lifetime, I watched him build a successful business (ProCapital), build an unsuccessful business (Southwood Ind), have a company sold at the expenditure of his job (Holly Ind), take a risk and leave opportunity behind (DMS), invest in a failed carpet company with family members, and even work retail in the mall for extra cash (Snowbabies). While nothing seemed to come easily to my father, we always knew we could trust him to find a way to represent and support our family with dignity.

My vision of my father is not that of a demigod incapable of making an error in judgment. I never imagined that he was perfect. However, my belief is that he has done his best to account for his unintended missteps. He is unquestionably one of the good guys; he has unquestionably lived a life in service of lifting society up.

Thank you for your time and good judgment,
Ari Butler

646.526.5290
AriButler@hotmail.com

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07202

Dear Judge Wigenton:

My name is Lauren Butler Rosner and David Butler is my Dad.  I am 31 years old and I have known him my entire life. For a living, I work as an outpatient psychotherapist with children, families and adults. I am aware that my father has been convicted of a crime and I would like to provide a more full picture of who he is outside of this. He has always been very involved in my life - volunteering as my little league coach for various sports every year, helping me with my school projects (especially the creative ones), and he continues to be there to help me through real-life adult dilemmas.

Growing up, I was very involved in athletics, from basketball, baseball, softball, and golf. My father spent hours at the gym with me helping me to develop my game in each of those sports. There were never any double standards as he always encouraged me to play with the boys so I could strengthen my game. I was the first girl in the history of my high school to make the boys golf team.  I never even doubted that it was possible because of the mentoring and encouragement from my Dad. As life evolves, so has our relationship which we continue to foster with regular father-daughter dinner dates.

My Dad is generous, creative, and attentive. He went to college for art and continues to take classes regularly to develop his artistic ability. He has covered most of our family's walls in his paintings and he is quick to take something right off his wall and hand it to an admirer. My father has also taken significant interest and affection with my husband, taking him under his wing and mentoring him through his young adult professional development. This is something that has meant a lot to my husband and I.

Aside from his role as mine and my brothers father, husband to my mom, artist and provider, there was never a time when my dad was not heavily involved as a volunteer. Throughout my childhood, he volunteered as a board member and was then elected by his peers to be president of our Jewish Community Center. I remember there being regular meetings at our house when my brother and I would eavesdrop, feeling so proud of our father who led these meetings. Most recently my father started an art program at an underfunded school in Camden where he works with and teaches underprivileged adolescents how to paint.  He also teaches art to senior citizens at a local nursing home. One time I decided to be his teaching assistant at the nursing home.  I watched as these elderly individuals looked forward to the class, perked up and showed interest in painting.  I was very proud and have always been proud to watch my father as he devotes his time to others in need.

Thank you for taking the time to read this letter.

Sincerely,

Lauren Butler Rosner

JACOB D. ROSNER

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07202

Dear Judge Wigenton:

David Butler enriches people's lives and has enriched my life.   My name is Jacob
Rosner.  I am an attorney who has been practicing for five years and run my own law firm.  I
have known David since 1999.  I dated his daughter, Lauren, in high school and after a long
hiatus, she is now my wife.  I know that David has been convicted of a crime.

David has a huge heart.  My wife and I recently purchased our first home, but things got
complicated leading up to the sale and after the sale. After spending days at our new home
helping us build a closet, David started to develop a very bad cold, causing him to cough
uncontrollably and sleep for long periods of time.   He went to his home to rest while we
continued to work on our new home the next day without him.  One problem we encountered
was that our headboard would not clear the ceiling when attempting to take it upstairs.  We
believed that we would need to buy a new bed.  Without telling anyone and totally unexpected,
David opened front door to our place and announced "I have an idea!"  I couldn't help but laugh
because it was so typically David.  He thought about how to solve a problem and then actually
quickly executed it, which very rare for the average person.  He consistently does things like this
and does it because he has a huge heart and wants to make things better for those that he
loves.

David has instilled the confidence in me to run my own law firm.  He encouraged me to
set up my own firm, taught me how to be a leader, to be direct, to set expectations, and to have
respect for others in order to get respect.  I am now working on over 100 files and managing a
staff of employees.  The experience has taught me that I can figure things out when I am
uncertain and that I am more capable than I even know.    None if it would have happened
without his encouragement and confidence in me.

I have never seen anyone volunteer his time to the community more than David.  David
was the president of the Jewish Community Center ("JCC") of South Jersey during a crucial
time in its existence.   The old JCC was falling apart and membership was very low.   He
pioneered the idea to buy a vacant plot of land in a busy part of our town, Cherry Hill, to build a
state of the art JCC.  To this day, every time I drive by that building, it is packed.  There are
literally no parking spots available.    It was nothing like that prior to the new building.  The
programs for the elderly, child care, the fitness center, and swim lessons for all ages, enrich the

community. By watching his leadership, I was inspired to get more involved in volunteerism and I am now a member of the same JCC Board of Directors. He also volunteers his time to teach art/painting to the elderly and to the youth. He probably doesn't know I feel this way but when I see pictures on Facebook of his classes I marvel at the time, energy, and genuine love he has for teaching the underprivileged and elderly.

I have a very loving, deep, and strong relationship with my own father. However, sometimes he is unable to provide the support I need, as hard as that is for me to say. In those moments, I choose to turn to David because he treats me like his own child and he can pull from his own experiences to give advice in ways that my father lacks. I feel blessed to have David in my life because I can turn to him when life gets difficult and I feel comfortable doing so.

I hope this provides a more complete picture of who David is, his impact on my life, and how much he loves his family and his community.

Sincerely,

Jacob D. Rosner

FROM THE DESK OF
## SARA BUTLER

January 6, 2016
Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Dear Judge Wigenton,

I am pleased to write this letter to you on David Butler's behalf. My name is Sara Butler, David's one and only daughter-in-law. I am the youngest child in a close-knit family, raised with traditional values and a lot of hometown pride for Hershey, PA. I have a Bachelor of Performing Arts from Oklahoma City University and have a successful performing and choreographic career in New York City. Eight years ago I had the good fortune to marry David's son, Ari. The two of us met in the summer of 2000 in Hershey, working as entertainers at HersheyPark. Ari and I are still entertaining for a living in New York City as a part of the Broadway community where we live with our one-year-old son, Charlie.

The first time I met David Butler he was hugging Ari. I remember this because I noticed it wasn't just your average hug between a father and son. David had just seen Ari's performance at HersheyPark, and his hug was filled with a love reserved for special moments of extreme pride between a father and son. Over the next months and what became years, I have come to receive that same fatherly hug on occasion. Gaining David's love and respect has been one of the benefits of marrying Ari, and the great joys of knowing David. He has been a second father to me through my college years, moving to New York City, and now raising a family.

I wasn't a part of the Butler's lives when David was president of the JCC in Cherry Hill, but I have heard each of them speak about that time with such pride. Spending time with the family in Cherry Hill and wherever we go, I see community members still appreciative of the facility and the opportunities it affords them. When we visit, he takes Charlie for tours and

FROM THE DESK OF
## SARA BUTLER

shows him all the nooks and crannies of the building, reliving the hard work he put into creating a space that is welcoming, efficient, and still able to adapt to the community's needs almost two decades later.

Most importantly to me David is a wonderful grandfather. He has changed Charlie's diapers before singing and swaying him to sleep in our New York home. He is quick to get down on all fours to get in on the action at Charlie's level. He is constantly checking-in and reminding us that he's "only two hours away" should we need anything. More recently he has volunteered to spend full eight hour days with Charlie so that I could continue to perform; I don't know many men in their sixties who would do the same. Charlie is blessed to have such a sensitive, caring man in this life.

David has been convicted of a crime. I can tell you beyond a doubt, the David Butler I have know for the past 16 years is a smart, kind community member, who adores his grandson, provides for his wife, and supports his children whole heartedly. I hope you will keep my sentiments and stories in mind when you are sentencing my father-in-law.

Thank you,

Sara Butler

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

December 23, 2015

**Re: David Butler**

Your Honor,

My name is Melanie Freedman and I am writing to the Court today on behalf of David Butler. Briefly, I am a clinical and forensic psychologist, licensed in New Jersey and Pennsylvania. At the current time I am a professor in the psychology department at Rowan University. I am also an associate in a private practice that specializes in conducting forensic assessments for family court matters. Regarding this latter position, I communicate frequently with state agencies and court personnel via written evaluation reports and expert testimony. However, today I write to you from a much different perspective.

David is the younger brother of my father Bruce. He has played a significant role in my life of 38 years. Not long ago I unexpectedly received a letter from him, in which he disclosed and acknowledged his role in a developing legal predicament. I recall feeling confused and even disappointed as I read the details, which were, simply put, not consistent with my understanding of who my uncle was as a person.

I was fortunate to have grown up with my Uncle David and Aunt Maxine living only a matter of minutes away. This physical proximity allowed us to share many holidays together and become familiar with the happenings of our everyday lives. For example, Uncle David always inquired about my upcoming softball and basketball games. Shortly after such inquiries I would see him sitting next to my father on the benches cheering me on. He was equally supportive and present in my life as I pursued other life goals. In fact, he and my aunt were kind enough to "hire" me as their regular dog sitter during my days as a financially struggling graduate student. This was their subtle way of helping me achieve my goals.

More recently, I recall a moment that we shared at his house about two years ago. During one of our family gatherings, I complained to Uncle David about some of the policies and procedures of my children's preschool. His response was something along the lines of, "Well if you don't like it, then do something about it. Get on a committee." That's Uncle David - Outspoken but proactive in pursuing fair resolutions. Sure enough, I followed his advice and now serve on a school committee.

In recent years, I've noticed that my uncle has softened a bit. For instance, in a very surprising yet touching move during his speech at Lauren's wedding, he requested

that me, my sisters, and parents all stand so that he could express gratitude for our presence in his life. He spoke beautifully of the importance of family and described his despair regarding the absence of his late parents, my Mom-Mom and Pop-Pop. I imagine that during my uncle's private moments, when he reflects on his life and dreams, he silently talks to his late parents and hopes they remain proud of him and all of his accomplishments. It is my opinion that the most punitive outcome for him is his perception that he has disappointed or failed his family in some way. I believe there is no greater punishment than fracturing the relationships one holds dear.

Your Honor, Uncle David will continue to be a source of support and prominent role model not only to me but to my young children, his great nephew and niece. I appreciate you taking the time to read this letter.

Respectfully,

*Melanie a. freedman, Ph.D.*

_____
Melanie Butler Freedman, Ph.D.

RE: David Butler

**Alan Wechsler**

**3202 The Rittenhouse**

**210 W. Rittenhouse Square**

**Philadelphia, Pennsylvania  19103**

December 8, 2015

Honorable Susan D. Wigenton

United States District Court

District of New Jersey

Martin Luther King Building & U.S. Courthouse

50 Walnut Street

Newark, New Jersey  07101

Re:  David Butler

Dear Judge Wigenton,

I am aware that my son-in-law David Butler is scheduled to be sentenced for his participation in an anti-trust violation involving tax liens in New Jersey, on March 3, 2016.  I have known David for more than 40 years.  First as a good son-in-law and father of two of our adult grandchildren, and as a dedicated leader in the Jewish community of Cherry Hill, New Jersey, and as a former manager in companies that I have owned in the past.

As husband to our daughter Maxine, he has been supportive of her  goals.  He is admired and respected in the Cherry Hill community where he contributes his time, hard work and personal resources.  Shortly after David served as president of the Board of Directors of the Katz Jewish Community Center for three years, he assumed the position as construction overseer for the building of the new Federation and Community Center on behalf of the community and took responsibility as a lead fundraiser as well.

-2-

David managed our plastic distribution company and after it was sold, assumed management of our cabinet manufacturing company.  In both organizations, he was respected for his management skills, his fairness and his consideration for our employees.

My wife and I have a son who is brain damaged and is a 40 year resident at Elwyn, Inc. in Media, Pennsylvania.  Elwyn is a nonprofit organization for developmentally disabled individuals.  I have served as vice chairmen of the board for many years.  David has great compassion for our son and in the past has been involved on a special board that provides program and activities for the residents.

 I serve as a donor trustee and chairmen of a $100 million dollar charitable trust for the benefit of children and elderly in need, in three South Jersey counties.  Because of David Butler's integrity and commitment to family and community, I have named David as my successor on the board as such time as I retire.

In closing, I would call him a "good guy," a good family man, and valued contributor to the well-being of people in our community.

Sincerely,

Alan Wechsler

*Heather J. Seigle*
*207 Hazelwood Lane*
*Marlton, NJ 08053*


January 7, 2016


Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**RE: DAVID BUTLER**

Dear Judge Wigenton:

My name is Heather Seigle, and I am David Butler's niece. I have been employed as a legal secretary for the past ten years. In my job capacity, I draft and proofread letter briefs to Judges, which cite case law and deny various allegations. The letter I write today is very different- it will not contain any legalize nor will it deny the allegations that have put David Butler before Your Honor. I write to provide you with an understanding of the man I have known throughout my 31 years of life, and I thank you for providing me the opportunity to do so.

Having grown up in the same town as my Uncle David, and being exactly 31 days younger than David's daughter, Lauren, one can imagine how often I found myself spending my days at David's house. I could write pages detailing my positive childhood memories of Uncle David - He would push me on the swing set he built for Lauren, set up lemonade stands in his driveway, teach me the technique to shoot the perfect jump shot, help us paint signs in the garage for our high school presidential runs, and cheer me on at the relay races at the local swim club. David treated me like his own daughter, and his home felt like home to me.

It is important to have supportive people in your life, and from a very early age I had David's telephone number memorized and knew if I needed anything at all, my Uncle David would be there for me. Sometimes, however, when you find yourself in a position where you really could use help, you are hesitant to ask - especially when it means imposing on family. In May 2012, David saw that I needed help when my husband, Josh, and I were trying to build a small full-service food distribution company. After applying with all of the local banks, the reality of the situation facing us was that banks were not willing to loan to a young couple with no assets. David, without even having to be asked, introduced us to numerous contacts to help us find the necessary funding. With David's unsolicited help, we found a local small business lender, and MooRoo Foods, LLC was established.

Honorable Susan D. Wigenton
January 7, 2016
Page 2


In November 2013, when I was pregnant with my daughter, David sent me a poem, with excerpts as follows:

> *Our children, our children, a gift to behold,*
> *God's greatest gift as you get old.*
> *You're thoughtful, you're generous, you've been such a joy.*
> *See Mom, I told you, there's nothing like a boy.....*
> *.....To Linda and Bruce, Maxine and David much happiness and health,*
> *But always remember, your children are your greatest wealth.*

David told me that this poem was written by his mother, my grandmother. Now a mother myself, I know that there are no truer words than "always remember, your children are your greatest wealth." David lives his life in accordance with the words penned by his mother many years ago – for David Butler, family is the greatest wealth.


Respectfully yours,

*Heather J Seigle*

HEATHER J. SEIGLE



December 17, 2015

Honorable Susan D. Wigenton
United Sates District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Dear Honorable Judge Wigenton:

My name is Awilda Rodriguez.  I am a Broker Sales Associate in the real estate market for 16 years now.  I have been representing sellers, buyers, and managing some of these properties in the residential and commercial real estate arena for most of my career in real estate.  I am an active member of my church in Burlington for 18 years and am affiliated with a women's entrepreneur group known as United Women for Change.

I would like to begin by pointing out that I truly honor and respect David Butler for his overall concern and compassion.  Yes, I understand that he has been convicted of a crime.  I feel that I must write this letter to help him in any way that I can.

For three years I had the pleasure of working for David Butler.  He displayed nothing but love, concern, and compassion for me as an employee, but most importantly, as a person.  He showed me true loyalty in any job that I performed for his company.  The overall compassion and consideration that he held for his employees impacted me as a person.  They made me feel as if I was part of a good working family.  There are not many owners of a company that take the time to display trust, understanding, compassion, caring, and genuine concern for employees.  This is what separates him as a boss and made him more like a friend to me.  He would take the time to paint pictures, bring them to the office, and ask us for our opinion because he wanted to share in something that he was passionate about.  He was also passionate about his company.  He displayed how important it was for the employees to be happy.  He engaged you in his conversations about your family, his family, vacations, your health, just life in general.  There was not a time when I felt that he was a "boss."

David also showed me that he had a big heart for giving.  He inspired me by being an example in his giving.  I wanted to become more involved with donating time, and money, to the Urban Promise organization in Camden New Jersey.  David taught painting classes there.  He participated in fundraising for them.  This sparked me to donate money and time for any of their functions there.  This helped bring more activities and more hope to the community children and teens that were involved in their programs.  I was always a giver, but this just showed me that I wanted to do more.  I am now also giving to other challenged programs around the world.  United Women for Change is a program that I am proud to be a participator in.  We help women, through our giving, all around the world.  These women may be challenged in learning, with domestic

violence, and places to live.   It might have taken me a bit longer had I not been impacted by David's compassion for giving, and just his overall compassion for people. I am just a better person for it and want to always strive and do more.   This is what David has inspired in me and that is why I feel that he is a great person and has remain a true friend.

Thank you for taking the time to read this letter. Some people are meant to come into your lives and stay for a little while.  What counts is how they measure up in that time that they are in your life.  How they may have sparked just a little something in you that will last in your life for more than just a little while, but for a lifetime. David Butler has definitely done that for me.  I will forever be grateful for his friendship.

Sincerely,

Awilda Rodriguez
**Awilda Rodriguez**
**Broker Sales Associate**
**Office:  (856) 256-1250**
**Cell:    (609) 309-1062**
**Email:   awrodriguez517@gmail.com**

☐ **South Jersey Office:** 273 Egg Harbor Road, Sewell, NJ  08080  Phone: 856.256.1250
☐ **Jersey Shore Office:** 9400 Atlantic Avenue, Margate, NJ  08406  Phone: 609.823.0400



January 10, 2016

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

To the Honorable Susan D. Wigenton:

Thank you for this opportunity to write on behalf of David Butler, who is awaiting sentencing in your court (March 3, 2016). I have been fortunate to become friends and colleagues with David over the last three years. Our relationship began as a result of his desire to invest in the lives of children and teens in the city of Camden, New Jersey, where I lead an organization (UrbanPromise Ministries).

David has invested himself for decades in social, faith, and cultural philanthropy and civic engagement. A few years ago, he began looking for an opportunity where he could utilize his talents to provide arts access to underserved and underprivileged youth. During this time, I met David and his beautiful wife and life partner, Maxine. UrbanPromise - and me personally - are grateful to have connected with them and become part of their journey.

I am the Executive Director for UrbanPromise Ministries (www.urbanpromiseusa.org), a 27-year old organization in Camden, New Jersey, dedicated to serving children and teens in one of the country's most difficult and trauma-ridden communities. We engage over 600 children and teens on a daily basis, in the arena of youth development, with long term relationships and education and leadership development at the heart of our work. I have been involved with UrbanPromise since I helped at its beginning in 1988. Our history and success has hinged on South Jersey donors and volunteers, like David Butler, who come along beside our humble and hard working team to affect change in the city of Camden and the lives of its children.

David is a volunteer at UrbanPromise, where he regularly teaches art to high school students in Camden, New Jersey, at our UrbanPromise Academy, a small alternative school that aims to engage under-achieving students in a highly relational, experiential learning private school. UrbanPromise has a very small art program in its high school, and David's commitment to teaching art has expanded our capacity to reach teens through the arts. He's funded the class himself, and he regularly brings supplies for the school and breakfast for the students. Most importantly, he is creative, hard working, well prepared, and invested in the work with the teens. He takes time and interest in getting to know the students and appreciating them as individuals. He even gets to know - and notice - students who are not yet in the arts class and helps to draw them out - and into the arts. His generosity of time, experience, and finances, have been noticed and appreciated by both students and teachers, all of whom look forward to seeing him weekly and regularly remark on his impact. In short, David has become a valuable and respected part of our community.

One of the best examples of David's involvement with us took place over the last several months. He took interest in a student in his classroom who he noticed is particularly hard working and talented - and nice. A few months ago, he asked me about her in regards to her future aspirations and college prospects. When I told him that her immigration status may affect her ability to get financial aid, he not only offered to pay her tuition gap, but he also took the time and extended his network to set up a meeting between him, me, and a top decision maker at the institution she's hoping to attend for college. He steered the conversation such that we were able to garner commitments and next steps on behalf of this student. His interest and commitment to this student provided her with hope and belief that she has a future and that there are people "out here" who care. This came at a time where she was teetering on giving up.

In addition to his engagement with our young people, which is the heart and soul of our work, he has also become a donor and advisor to the organization. David regularly gives financially to support our work and even began sponsoring a student's tuition; and he has extended himself to tap into his network, reaching out to colleagues and friends to raise money for UrbanPromise's work. This past spring, he and Maxine got together a group of friends who cycled with them in our annual biking event. This group raised several thousand dollars for UrbanPromise's arts work. Most recently, David took on leading a capital project, with the goal of renovating a space in the city of Camden that will be fully dedicated to young people engaging with the arts. One very special aspect of David's involvement with UrbanPromise has been getting to know his family. David and Maxine have a beautiful marriage, their children (and their spouses) and grandchild(ren) are very close knit. Their family relationships piece together to create a beautiful picture of long term commitment, strong values, lives well lived, and a home centered on honesty, integrity, and love in action. Their extended family relationships – inclusive of childhood friends, their children's caregivers from 30+ years ago, and others from along the way - further exhibit their values and commitment and care to others.

In short, as you weigh through the sentencing, I hope that the person you see before you in David Butler is a person who adds value to everyone in his realm. He is an incredibly dedicated husband, father, grandfather, and in all of these roles he continually gives of himself and makes regular sacrifices for his family. He is engaged civically - he is dedicated to investing in the community around him, and not just his home community and faith community, but also to sectors of the larger community that are struggling and on the fringes. The world is a better place because of the way he lives his life.

Sincerely,

Jodina Hicks, JD
Executive Director, UrbanPromise Ministries

January 1, 2016

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Dear Judge Wigenton,

I am writing in support of my dear friend, David Butler, whom I know has been convicted of a crime. My name is Dinah Cahn Watts, I am 62 years old and currently reside in Moorestown, NJ. I am a single Mother of a 23 year old daughter, my husband died of cancer 18 years ago, when my daughter was 5. I grew up in Stratford and Cherry Hill, NJ. until going off to nursing and graduate school in Miami, FL in 1971. I was a cardiovascular intensive care nurse for 18 years and worked in healthcare marketing/administration for 3 years.

David and I have known each other for 60 years, since we were 2 years old!. We were neighbors in the small town of Stratford, NJ. Our parents became endearing life long friends. They were so close that when it was time to move to a larger home, both couples decided to move to Cherry Hill, NJ around the same time to remain close to one another. David's Mom, Thelma and my Mother, Doris, played mahjong together every week until my Mom passed away. My Mom was an artist and mechanical engineer, she was a strong influence in David's life, always encouraging David's remarkable artist talent. David's Father, Irv and my Father, Stuart loved to build homes together. David was of tremendous emotional support to me as my father became ill last year and passed away. David would invite my dad to lunch, they loved talking about the old days and would occasionally take him to a Dr's appointment.

Our families spent many holidays together. David and I remained very close friends as we are the same age and attended the Cherry Hill School system together. We were in the same homeroom from 7th through 12th grade. David was a wonderful baseball player and I loved going to watch him play in little league.

I moved back to Cherry Hill, NJ from New Orleans, LA September, 2005 after Hurricane Katrina destroyed my neighborhood and my daughter's school. Immediately upon my arrival back to the area David and his wife Maxine, were of enormous support to my daughter and I. David bought us clothing, as we evacuated with only three changes of clothes. He made meals for us, loaned me a car for months, and helped in the search to find us a new home. During this very stressful time he also called the Superintendent of the school district to expedite getting my daughter in eighth grade. I will always be grateful to David for the unsolicited, heartfelt compassion, love and support during this very difficult time.

This past year I've been helping David at an art class he voluntarily teaches at in Lions Gate, an assisted living facility affiliated with the Jewish Federation. The attendees of the class really admire David's talent and truly appreciate his guidance, generosity for donating all the art supplies and his patience. David has always had a strong commitment to the Jewish community, through his hard work and strong tenure leadership of the inception of The Katz

Jewish Community Center, devotion to organizing and running the Maccabi games for the teens to his generosity to his synagogue, Temple Beth Sholom.

Lastly, I would like to mention David's personal integrity and commitment to his beautiful family. He is a man of personal strength, a loyal friend and will always be there for you in the good and not so good times. David has had his health challenges this year but always has a positive outlook. I truly admire David's devotion to his wife, children, grandchild and dog, all whom he adores and they are all a wonderfully supportive strong team.


Sincerely,

Dinah Cahn Watts

Benjamin Birnbaum
200 2nd Avenue, Apartment 34
New York, New York 10003

Honorable Susan D. Wigenton
United States District Court -District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

December 17th, 2015

Dear Judge Wigenton,

My name is Ben Birnbaum; I am writing you to express my views on the character of David Butler in light of his upcoming sentencing for the anti-trust violation for which he has been convicted.  I grew up in Cherry Hill, New Jersey, and currently live in NYC and work for McGraw Hill Education in Corporate Development.

I have known David, or as I call him – Uncle David, for my entire life.  For the entirety of my upbringing, we lived within two miles of the Butlers.  Everything from the countless holiday dinners that they host, to the summer barbeques where David mans the grill, to family vacations, my family has done with the Butlers.  During that time, Uncle David became more than just an uncle.  From passive observation on way that he conducts himself professionally and the compassion he shows for his family, and his active interest in many of my different personal and professional pursuits, Uncle David has become a critical, ever present mentor for me.

We've always shared an interest in many things, one of them is basketball.  From the time I was young all through high school, Uncle David would always find time to come to shoot around with me, come to every one of my games, and call me to do some post-game analysis.  What's so obvious now that I did not know then is that he knew that sort of attention would push me to become better and achieve my full potential.  That push towards my full potential has become one of the things that Uncle David represents to me.  I have observed it time and time again in many of his professional and community endeavors, and as I focus on achieving more in my own life and look to Uncle David for guidance, he always knows the right thing I need to hear.

Another area of my life where Uncle David has been a rock is family.  Like many families, mine has its own complications.  Most personal to me that my mom has been a drug addict since I was a toddler.  When she's overdosed, gone to rehab, relapsed multiple times, and made some borderline unforgiveable mistakes, Uncle David has never given up on her for the sake of me, my sister, and my step dad.  Whether it was someone to talk to for sound advice, a place to stay when times were hard, confronting my mom when interventions were necessary, or preparing me for hard confrontations and conversations, Uncle David has been consistently reliable.  He cares about people and expects nothing in return.  This, among many others, is a trait of his that I admire and hope to live up to throughout my life.

Thank you for taking the time to read my letter.

Best,

Ben Birnbaum

Christina Peters
1821 Lukens Avenue
Willow Grove, PA  19090
215-913-3477   cjp_blue22@yahoo.com

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

January 8, 2016

Dear Judge Wigenton,

I am writing this letter on behalf of David Butler.  I know David has been convicted of a crime and is facing sentencing for his participation in an anti-trust violation involving tax liens in New Jersey.

I was hired at Pro Capital to work in the lien department in April 2014. Prior to my hiring at Pro Capital I have had over thirteen years' experience in the tax lien industry.  Since the beginning of my career I have worked in every aspect of purchasing a tax lien.

The first time I met David I was immediately impressed of the importance family was to him, it was kind of hard not to because his father-in law, brother-in law and son-in law all worked by his side.  David was one of the men that interviewed me and during my interview one of the many things that made me feel as if Pro Capital was the right choice for me was the statement David made that family always comes first.  They wanted you to have the ability to go to your child's sports game, school conference or recital.  Coming from an extremely large family myself, that was very important to me.

Last March I e-mailed David to ask him some advice on how to start a garden.  I had just moved into a new home and heard he had a green thumb.  I had no idea where to start so figured any insight I could get would be helpful.  He got right back to me, of course, agreed to help and asked what I wanted to start growing.  I told him I wanted to grow vegetables and herbs.  The next day, he showed me pictures of his garden and walked my through, step by step, the process I needed to complete before I started planting, so off I went with adding in soil and tilling. He even shared his secret tip, which I wouldn't dare share with just anyone!  When it came time to planting David not only told me where I should go but insisted on taking me to his nursery.  That is the part that touched me the most.  He could have just given me the address and been done with it but no, he took the time out of his weekend, took me there and explained to me how and where I should plant my veggies.  He checked in with me every week to see how it was coming along.  I'm not exaggerating when I say it was the best garden I could have grown.  The abundance of eggplant, zucchini and tomatoes I had is an understatement.  I had so much I was giving it away along with all the fresh herbs.  Nobody could believe it when I showed them my garden.  I am convinced it was because of the "secret tip".

This is just one example of how caring and generous David is.  When people speak about being generous it usually refers to a monetary value but with David I am speaking about the time he took out of his busy life to spend with me when all I thought he was going to do was give me a few tips.  In my eye that holds much more value on what kind of a person he is.

Thank you for taking the time to read my letter.

Best Regards,

*Christina Peters*

Christina Peters

Gary & Donna Conigliaro
9 Evergreen Dr.
Voorhees, N.J. 08043


Honorable Susan D. Wigenton
United States District Court/Division of N.J.
Martin Luther King Building & US Court House
50 Walnut Street
Newark N.J. 07101


January 15, 2016


Your Honor,


My name is Gary Conigliaro. My wife Donna and I met David and Maxine Butler
approximately fifteen years ago. I have always taken pride in being a good judge
of character. When I first met David it was no different. It did not take very long to
know the kind of person he is. I quickly learned that David is a kind, committed, and
sympathetic person with a warm heart. While at his home I was introduced to a woman
named Eulin. She started working for the Butlers as the care giver to their two
children Ari and Lauren. Now many years later with no longer a need for child care,
Eulin still lives with the Butlers in their home. Having no family, nowhere to go, and health
that is failing, Eulin has a place to live with the Butlers for the rest of her life, That alone
speaks volumes about a person's character. But it does not end there. Not only is David
committed to his family, he is also very active in the community. His work with the JCC,
Saltzman House, and Pedal for Promise continues to help many people in need.

Knowing David for all these years I personally witnessed how he has touched and enriched
many lives, including my own. Donna and I are so happy to have David in our lives and are
proud to say that he is our friend.


Sincerely,

Gary & Donna Conigliaro

Honorable Susan D Wigenton

United States District Court

District of New Jersey

Martin Luther King Building & US Courthouse

50 Walnut Street

Newark NJ 07101


You're Honor:

My name is Mitchell Medoff. I am the CFO of the Betty and Milton Katz JCC in Cherry Hill NJ.   I have been a friend of David Butler for over sixty years. When we were very young we lived in adjourning towns and came to know each other thru my father's relationship with his family. When we were 10 years old, both of our families moved to Cherry Hill across the street from each other. David's house was my second home. I spend a significant amount of time at his house playing sports and just being together. Our relationship continued thru high school and college. David was the best man at my wedding.

During our working career, David and I worked together for many years and when we did not work at the same business we always stayed in touch. During my career there was a few times that the company I worked for went out of business and I had to look for a new position. There was at least three times that David was the person that found a new job for me. He was always there for me whatever I needed. When I first moved in my current house over thirty five years ago, I was house poor but my house needed some repairs. David took it upon himself fix all the issues at no cost to me. This is the type person he is.

The Katz JCC that I work at was built over seventeen years ago, it was thru David's leadership by raising funds in the community to get this project completed. Without him this project most likely would not have happened. He is very community minded.

Most importantly, David is a family person. There is nothing more important to him then his family. He has raised two wonderful children along with his wife Maxine. I am proud to really be part of his family

Please take in consideration my letter in the sentencing phase of David's legal matters.  His caring for his family, friends and the community is what David is all about.


Sincerely

Mitchell Medoff

11/12/15

Honorable Susan D Wigenton

United States District Court

District of New Jersey

Martin Luther King Building

& US Courthouse

50 Walnut Street

Newark, NJ  07101


Good Afternoon,

 My relationship with David Butler goes back to the time when I was 8 years old. I am lucky and proud to say that David Butler is my brother-in-law.  He has always been like a brother to me.

 I have spent over 15 years working for Xerox and am currently transitioning to a position with the Jewish Federation of Southern New Jersey.  David was influential in introducing me to the right people to be able to interview for that position.

During my formative years David had a tremendous influence on not only teaching me to ski, use a pottery wheel and encourage me to exercise but he taught me the value to giving back, being involved and setting a good example for others to follow.  I am proud to say that David was very influential in facilitating building a new Jewish Community Center in our community during his tenure as president.

I recently had the opportunity to be David's assistant at an art class he volunteers to teach to senior citizen is enthusiasm and true care and concern for the people in his class is truly touching.

There is nothing more important to David then his family.  There is nothing that David would not go above and beyond to do for them.  He is happiest when he has his wife, children, grandchild, in-laws, nieces and nephews by his side.  We create the opportunity to spend as much time together as possible and that is due in a very large part to David's efforts.

I feel lucky that David Butler is my brother-in-law.  He is philanthropic, compassionate and a respected part of our community.


Please feel free to contact me if need be.


Sincerely,

Judy Spillane

Honorable Susan D. Wigenton

United States District Court

District of New Jersey

Martin Luther King Building & U.S. Courthouse

50 Walnut Street

Newark, New Jersey 07101


Dear Judge Wigenton:


My name is Barry Tuman and I am writing to you regarding David Butler. I know that David has been convicted of a crime related to anti-trust violations pertaining to tax liens in the state of New Jersey and as a result of that, I wanted to express to you my view of David and the type of person he is and how he has impacted my life.

I am currently a semi retired real estate investor. Previously my professional experience included serving as Managing Director of Global Operations for Argus Software, now part of the publicly held Altus group headquartered in Toronto Canada. Prior to my time at Argus, for 25 years I was President and CEO of Tree Software and Consulting, Inc. (treeSoft) headquartered in Marlton, New Jersey. I have been, and remain, continuously active with many satisfying and rewarding not for profit organizations and community service entities as a volunteer. I am currently serving in my eighth year as President and was a founder of Chabad of Medford New Jersey, a synagogue built specifically for the unmet needs of the local community.

David Butler has been my friend and at times community service mentor for over 25 years. We met doing volunteer work because of our shared commitment to, and involvement with, building a better Jewish Community in the southern New Jersey tri-county area of Burlington, Camden and Gloucester Counties. David at the time was the President of the Jewish Community Center of Southern New Jersey. David had a vision of dramatically adding to the services offered to seniors, adults and children in our community by moving the Center to a new larger location, closer to emerging population centers, and creating a community hub where people of any and all faiths, from any walk of life and at all ages could come together for leisure, educational and socially programmed activities. This was no small task to tackle but his passion and drive ignited my spirit, as well as the spirit of many others who he spoke with about his vision.

He attracted people to join with him and become part of the large team needed to accomplish a task of this aggressive scope because of his personal passion and commitment. The task was immense. The vision David had took almost 10 years to accomplish, but it got successfully completed with him leading the team.

The Katz JCC of Southern New Jersey opened successfully in 1998 and the number of people benefitting from what he set in motion and carried to completion, including seniors, families and their children and other community organizations, numbers in the many thousands.  In my view as someone who was intimately involved, it would never have been completed without the dedication, drive and commitment of David Butler whose time spent on the project dwarfed everyone else's. He spent countless hours over the 10 year completion cycle sweating the details. These great community projects would not and could not have been done without David and his very specific vision of what serving a community means.

The Southern New Jersey community derives tremendous on- going benefit from what he was able to visualize and drive to completion. He remained an active and engaged member of the board, driving for innovation and constant improvement for another 12 years after his Presidency.

Many of the people David got involved remain committed to volunteering and community services of a variety of types, and will be for years to come, serving on various not for profit boards and creating new innovative programs. David helped build a great community resource "bench" of current and future leaders with his actions.

I have seen David socially often through the years. He is a dedicated family man and with Maxine his wonderful wife of many years they continue to remain vital and get additional important things done that benefit others. They have two great children that are both married now, who I also have come to know well. To see David and Maxine with their grandson Charley is the definition of family bliss. I know there are more grandchildren coming soon for them and I can think of no better family for these children to come into.

I know David is constantly doing things to improve the lives of others. These days he is doing this either by working with the children in Camden or teaching art to senior citizens in classes and at assisted living communities among other things. David has the "always give back to life" mindset. I cannot see that changing. It is a big part of his life.

David Butler is, and has been, a big positive force for good for his family, friends and community. Role models like him are rare. The things he accomplished, the communities he helped build and the next generation of people he inspired to do innovative and beneficial works will stand and continue making a positive difference well into the future. The example he continues to set is a good beacon for me personally as I move through life.


Respectfully,

Barry R Tuman

4 Lexington Court

Shamong, New Jersey

08088

Donna Dobkin L.C.S.W.
David Dobkin Ph.D.
19526 Mammoth Dr.
Bend, OR 97702

January 10, 2016

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

We are writing this letter on behalf of David Butler who we know has been convicted of a crime and is due to be sentenced soon. We have known David for 3 decades as his wife Maxine and I became close colleagues and friends when we worked together as clinical social workers in private practice during the time that my husband and I lived in New Jersey, from 1986 – 1990. We moved to New Jersey when my husband was hired by Rutgers University as a Professor of Biological Sciences. Although we moved to Oregon in 1990, we have continued to stay very connected to the Butlers throughout the years, talking regularly, traveling, sharing holidays, and attending major family events.

Upon meeting David many years ago, I found him to be a warm, generous and giving man, extending himself to our family in ways that were always unexpectedly kind and caring. Our daughter attended New York University at the same time their son Ari did. Without family nearby, David extended himself to help her move frequently from dorm to dorm and was there for her in every possible way when she was displaced from her dorm during the 9/11 attacks. David and Maxine became her family away from home. David was particularly involved in making sure she was physically safe, financially secure and doing OK during this stressful time.

Our son, Elliot, currently a fourth-year medical student, has remained close to the Butlers since we moved away even though he was a young boy at the time of our departure. He and David share a great passion for golf and David has gone out of his way numerous times to give Elliot great golf experiences that he otherwise would not have had. David is always generous in this way, thinking ahead of how to make Elliot's visit a fun and enjoyable one, lending him a car when needed, taking time to learn about and inquire of Elliot's interests and progress in school, etc.

David has been diagnosed with prostate cancer and has been involved in treatment over the past two years. In spite of his decreased energy and his worries about his health, he has continued to live his life fully and to engage in activities that bring

much joy to others. He is now a mentor/teacher of art to both the elderly in his community of Cherry Hill and the youth of the city of Camden. He raises funds for the youth program, Urban Arts in Camden, as he believes strongly in the power of creativity to bring great perspective and satisfaction to life. As an artist himself, he demonstrates this to his students at every chance and his teaching is an infectious infusion of love.

We had the great privilege to vacation with Maxine and David in June 2015. We took the trip to Alaska together, a first for both families, and enjoyed every minute of our time together. Again, in spite of David's health issues, he immersed himself in the activities of exploring this beautiful part of our country. We hiked, kayaked, fished, socialized with the group and had a fabulous 9 days together. Our trip together only served to remind both and me my husband of what a giving, generous, and kind man David continues to be. He was supportive of every person's involvement in this small-group experience. He brought out the best in many of us, shared his love of photography, and lent a sense of humor and positivity to getting through a few challenging experiences.

It is our hope that we have another 25 years to share experiences and family fun together as David and Maxine continue to be among our closest friends and inspirations in life.

Respectfully submitted,

Donna Orthur

David Dothen

# Northeast Plastic Supply Company
## 3021 Darnell Road
## Philadelphia, PA 19154

January 5, 2016

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Your Honor,

My name is Lou Altomari and I'm the co-owner of Northeast Plastic Supply Co. (NEP) in Northeast Philadelphia. The company is 23 years old, however, I've been in the plastic industry for the past 43 years.

I'm communicating with you today about David Butler. With respect to his imperfectness, (being convicted of a crime), I'd like to share with you some of my experiences, knowing David for the past 36 years.

In 1979, David was the President of a family owned business, Plastics of Philadelphia (POP). I met and went to work that year for David as a sales rep. I would continue as a 1099 sales rep for POP for the next 10 years. Little did I know that those 10 years would prepare me to fulfill my aspirations of someday owning my own company.

David led POP not only with fiscal prudence and good business savvy, he led his company in a collaborative spirit. The employees were always included in the running of the business. Not only were we involved in the business, David would include us in his life. He would invite us to his home for a company picnic or family celebration. David created a "family" atmosphere at POP.

Over the years, in addition to being a successful businessman, he showed what it means "to give back". David was involved in many community activities and under his leadership the Jewish Community Center in Cherry Hill was founded and built. Today, David continues to give back by assisting in the education process of children in the Camden community.

On a personal level, as I started by business, David was always there for me. He's been the consummate mentor and friend. To this day, he continues to be one of my closest advisors, never asking for anything in return.

In closing, Your Honor, we are all imperfect human beings. As you implement your duty, that I have the utmost respect for, I ask that you do it with the good deeds of a good man in mind.

Respectfully,

Lou Altomari

Honorable Susan D. Wigenton
United State District Court
District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

January 4, 2016


Your Honor,

My name is Arlene Gantz Molinaro.  I am a 62 year old housewife, originally from Cherry Hill, NJ and now Moorestown, NJ.  I am a mother of a 36 year old daughter who lives in the area and step mother to three grown step children, with a total of 7 grandchildren.  I spend a lot of time with people I care about, in both a social atmosphere and helping them.

I met David Butler in 1964, when I moved back to the area and we were in the 6th grade at Woodcrest Elementary School in Cherry Hill, NJ.  He was the guy that was always bouncing a basketball and shooting hoops...  We became friends and spent time together as youngsters into high school.  When we went to college and as young adults, we would see each other at reunions and occasional social gatherings.  In the past few years, David and I have spent a considerable amount of time together, getting to really know each other as adults... including spending time with other friends and spouses.

About a year ago, I started helping David in one of his volunteer positions at a retirement and assisted living community called Lions Gate in Voorhees, NJ.  David teaches oil painting to these amazing people and I get to be there and help him.  It is the most remarkable time, being with him, as he shares his talent and heart with these wonderful seniors.  His connectedness and warmth with these elders is so heartfelt and genuine.  He has patience and kindness towards them all...  even when they might doze off or ask a million questions.  His compassion while encouraging them to express themselves with oil paint is extraordinary.  And he makes them feel good about themselves as they paint (some are actual artists their whole lives) and shares life stories.  He gives these people a reason to get excited to come to class every week.  They light up when they see him.  So that is why I say, "I get to be there", because he shares that gift of himself with me as well and I watch these people blossom.

I have also known David in his capacity as being an active member of the Jewish community for years.  Again, he has been both generous of spirt, and financially connected to helping.

David is a remarkable father and husband as well.  I have been in the presence of both David and his wife on numerous occasions.  What strikes me is that David is a very

loving and devoted husband for a long time now.  And if you ask him how his wife is, he remarks that she is wonderful and that he has never had a bad day...  And just ask him about one of his children or beautiful grandchild, and he will lovingly tell you what their latest accomplishments are, what they are doing, or show pictures of his adorable grandson Charlie...

I have seen David show such kindness and a sense of helping with several non profits, as well as individuals in need.

I know that David has been convicted of a crime and is facing a sentencing hearing soon.  I strongly felt I wanted to share my personal experience of David and firsthand knowledge of his generosity, dedication, and integrity in the hope you get a sense of what this man is about.  And how much he is connected to living a productive, giving and loving life.

Thank you for taking the time to read this...

Sincerely,

Arlene K Molinaro

Steven A. Kantor
51 Bunning Drive
Voorhees, NJ 08043

January 10, 2016

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Honorable Wigenton:

I am writing to you regarding my friend, David Butler.  I am aware he has been convicted of a crime.  As you take into consideration the actions for which he was convicted and now contemplate his sentencing, I would hope it would be helpful to receive feedback from someone that has known him for many years.

In my professional life, I am a principal of KEH Insurance Agency in Cherry Hill, NJ.  We work very closely with privately held companies and the people that own them.  I get an opportunity to learn about all types of companies because we insure them.  Many of the people that own and operate these businesses become active in various charitable causes.  Few have ever demonstrated the passion for a cause or made an impact the way David Butler has.

Several years ago I decided to help a child abuse center in our region called the CARES Institute.  I created a gala to raise awareness of the prevalence of child victimization in our community.  The event is called the Calling All Angels gala.  David became a supporter of our gala.  He was someone I approached to talk about the challenges of building a successful charitable function.  David embraced my gala, the cause and offered me contacts to people that could help us build a more successful event.  He offered valuable advice to help me build the event.  That event has now raised over a $ 1 million dollars to help CARES.

I have known David for many years because I grew up with his brother in-law. I only started to get to know him on a more intimate basis when I decided to help promote the Jewish Community Center (JCC) silent auction fund raiser. That event was over ten years ago. Through David's leadership at that event, I started to see how to give back to community. It wasn't only about being able to write a check but rather to have the ability to provide the necessary leadership and passion for a great cause. I don't know how much money David has raised for the JCC but he is well known for his impact on the community and the community center. He is a leader. He has made an extremely positive impact on the community and has demonstrated the way people can make a positive impact on others.

I have grown to admire David not only for his community impact but for the special family he has. I was fortunate to be recently invited to his daughter's wedding. There is a special chemistry in his family and it certainly left a warm feeling in my heart to not only see the family dynamic but to note all of the friends that came out to share in the special event.

I know David has worked hard in his career. He has worked to build a special family and he has applied his passion for life to make a positive impact on others.

Sincerely,

Steven A. Kantor

Josh Kroll
30 Kings Ct, Unit 306
Haddonfield, NJ 08033

January 14, 2016

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07101

Honorable Susan D. Wigenton,

My name is Josh Kroll, and I am an acquisitions manager for a tax lien investment company. I have 15 years of prior work experience in tax lien investments and real estate development. Prior to entering the workforce, I obtained undergraduate and multiple graduate degrees in city planning, real estate development and finance, and construction management. In my role, I am tasked with identifying acquisition opportunities in the tax lien business, which requires not only designing financial models, but also managing teams of consultants, bidders, data and technology vendors, attorneys, and associated professionals who collectively constitute the company's acquisitions platform.

I first met David while helping my wife at her retail business in Cherry Hill, NJ. David is an acquaintance of my in-laws through the local community, whose children grew up with (and were friends with) my wife and brother in-law. After meeting David, my father-in law spoke very highly of him, particularly shedding light on his leadership roles in the community over the years (Jewish Community Center, golf outings, etc.)

Upon identifying that we had mutual interests in tax liens, David retained me as a consultant for a tax lien company in 2010, where I developed various financial analyses, which ultimately supported capital raising efforts and expansion into new marketplaces. It was readily apparent to me from the initial weeks of working with David that he is a special person. He has a way about him that makes you feel like a valued and respected team member, and that your contributions are meaningful. He offered suggestions on how to approach the various assignments, while trusting my abilities to generate meaningful work product. It was a very synergistic process, with David always being available to advise and consult along the way.

My mother became very ill shortly into my tenure at the tax lien company. David generously gave me a flexible schedule to tend to my ailing mother, who ultimately passed away after battling cancer for less than 9 months. Though he hadn't known me for long, he attended my mother's funeral, and was there for me in an extremely difficult time of my life. He offered emotional support, as he too lost his parents at a young age. It was clear then that David was beyond just a boss; he was a mentor. Throughout my life, there are few people I cast in the same light. To this day, I look at David more as a friend than a boss.

Since then, we both contributed our efforts to growing the tax lien company, which today, is one of the largest such companies in the US. The company's success is largely attributable to the work ethic and team approach that David instilled in everyone who worked for him. His positive impact on the company and its workers is nothing short of impressive. I am honored to be a part of this company, which was formed based on David's key principals of respect and hard work.

I am aware that David has been convicted of a crime. I hope you can see what a terrific person is by taking the above comments into consideration.

Respectfully Submitted

Joshua Kroll

Steven Brown
4 Hanover Dr.
Medford, NJ 08055
January 6, 2016

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Dear Judge Susan Wigenton,

My name is Steven Brown; I currently work as an Analyst with Pro Capital LLC. I have been with the company for two years. My primary responsibility is to lead and perform due diligence on tax lien investments in the states of South Carolina, Florida, Illinois, and Indiana.

I am writing this letter fully knowing David Butler has been convicted of a crime.  I have known David Butler for two years as well. I first met David during my second interview for my current position with Pro Capital. I can remember wearing my best suit and being nervous for the interview, and immediately feeling more comfortable when Mr. Butler entered the conference room wearing a hooded sweat shirt. During the interview David was truly more interested in learning about me than grandstanding over his own accomplishments. We had a great conversation and clicked over a shared interest in golf. It was also very clear David felt strongly about the importance of spending time and being available for your family. He structured Pro Capital to reflect these values by entrusting employees to set their own schedule and not having a formal time off policy. Being a new father, this was a tremendous benefit to me and my family.

The caring and compassionate side of David really came through about two months into my employment with Pro Capital. Before work one morning my then 5 month old son had a scary reaction to acid reflux which caused his throat to swell and his breathing to stop momentarily. We rushed him to the hospital where we spend the next few hours before he was released. The next morning at work to my surprise David was the first person to approach me and see how he was doing. He genuinely was concerned about my son and family, and told me to take whatever time I needed off.

What I can say I respect the most about David is that though he has had many successes in prior businesses he never makes anyone feel unimportant or unappreciated. He values and respects everyone and lets you grow by standing on your own two feet. David would come into the office every day and be pleasant with everyone, interested in our lives and families all while in the background battling cancer and the treatments that accompany that fight. The legacy he has left behind at Pro Capital is a true sense of family.

Best Regards,

Steven Brown

# Caring Hearts Ministry
### Serving Children and Their Families Living With HIV/AIDS

February 3, 2016

Ilyse Janove
*Director*

Sally O'Brien, BSN
*President/Chairperson*
Ed Hess
*Vice-President*

Honorable Susan D. Wigenton
Martin Luther King, Jr. Federal Building
  & United States Courthouse
50 Walnut Street
Newark NJ  07101

Dear Judge Wigenton ~~

I am writing on behalf of David Butler, whom I have known for more than thirty years.  He is someone that I respect and admire, and I appreciate the opportunity to speak to the strengths of his character.

David is a visionary ~~ a leader and a philanthropist of the highest order.  It was his dream to create a Jewish Community Center for the use of the South Jersey area ~~ a gathering place for families year-round, serving infants through seniors.  And once this JCC was built, with invaluable input from David, the campus grew to include housing, serving the needs of countless thousands over the past two-plus decades.  The enormous gifts of his time, dollars, and community-building made it happen.

In addition, David chaired the South Jersey Maccabi Games, an ambitious multi-year undertaking that he oversaw from start to finish. I planned the "Day of Caring, Day of Sharing", which gave all of the athletes opportunities to work on volunteer social-action projects throughout the area.  David recognized the value of community service and was a great cheerleader of our efforts and the good works accomplished.

# Caring Hearts Ministry

### Serving Children and Their Families Living With HIV/AIDS

Ilyse Janove
*Director*

Sally O'Brien, BSN
*President/Chairperson*
Ed Hess
*Vice-President*

David has also been a generous donor to my organization, Caring Hearts Ministry, for many years. He lives a philanthropic life and has a compassionate heart. While he made a mistake, I know that he has learned from it, is contrite, and has become an even better man for it. I hope that you can take into account the sum of the many fine works he has done in his life, as you consider leniency in sentencing.

Thank you.

*Ilyse Janove*

Ilyse Janove
**Director, Caring Hearts Ministry**

Alan S. Cohen
118 Saddlebrook Court
Cherry Hill, NJ 08003

December 15, 2015

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Honorable Susan D. Wigenton,

My name is Alan S. Cohen; I am married and a father of 3 daughters and 3 stepchildren. I live in Cherry Hill New Jersey, and I am 54 years old. I work at RBC Wealth Management in Mount Laurel New Jersey and I've been a financial professional for 30 years. I've known David Butler for over 15 years and I consider David be one of my best friends. I understand David has been convicted of a crime and I am writing this letter on his behalf.

When I first met David I knew we would be lifelong friends. When we became friends I was going through a divorce and having a rough time. Unsolicited, David reached out to me to offer his assistance and guidance, in short he wanted to "be there" for me. The key here is that David and I just recently became friends and even though our relationship was still new, he couldn't do enough for me. Reaching out and offering help is what David is all about. It's part of who he is naturally. When it comes to caring and helping out others, David comes through in a most unselfish manner. During hard times you remember those that are there for you unconditionally. David is one of those people that I will always remember in that way.

Although we are only 8 years apart in age, David has been a great mentor and a role model. Through David's mentoring and guidance he helped shape and mold my parenting skills. As a result I have a close relationship with my children, which was a challenge for me as a result of my divorce. The one compliment I am most proud of receiving is being told I am a great father. This is a direct result of David's guidance. I have always told David he is the richest man I know because of the love and respect he receives from his children and family.

In addition to being a great friend and mentor, David is also a community leader. I have watched David transform our community by being and active participant in the building and expanding of our local Jewish Community Center (JCC). Through David's efforts, generosity and leadership he has propelled our community to great heights by providing a facility for both young and old. The JCC is a facility that both my 81-year-old mother and my children take advantage of on a regular basis.

In closing, I've spent a great deal of time with David and this experience has humbled him greatly. I can tell you first hand that he truly regrets his actions. I hope this letter has given you some insight on David's true character and what he means to my family, the community and me.

Sincerely,

Alan S. Cohen
856-296-3343

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building &
U.S Courthouse
50 Walnut Street
Newark, New Jersey 07101

Dec. 21, 2015

Dear Judge Wigenton,

David Butler and I have been friends for over forty years. I have watched David grow from a young adult to a grandfather. During David's life passages I have observed him as a husband, father, friend, community leader, teacher, coach, and mentor to young people.

In his local community of Cherry Hill, New Jersey David has served as President of the local Jewish Community Center. During his tenure David led a campaign that saw the JCC build and move into a modern and vibrant facility that serves thousands of individuals representing a diverse population. Additionally he led and organized a national sports olympics for Jewish athletes. These athletes were teenagers that came from all areas of the United States. The two achievements mentioned above speak to the hard work, compassion, and commitment to his community.

On a personal level David has been a true friend. He has been there for my family and me on numerous occasions. He understands what friendship is really about. I am proud to have him as a close friend knowing that I can count on him to be there for me under any circumstances.

I have also witnessed David as a father. He has

raised two wonderful children who have developed into responsible and sensitive adults. He instilled in his children outstanding values that have served them well.

David's current volunteer work as a teacher of art to senior adults speaks volumes about his devotion to others. He is currently contributing to their quality of life as they share his passion as an artist.

David has been honored formally by his local community for his hard work, compassion, generosity and commitment and he continues to do good works that is benefiting many individuals. David Rutter is a good man and I am extremely proud to be his friend.

Sincerely,

Sanford Blovad

**KARIN E. ELKIS**

247 KINGS HIGHWAY WEST, HADDONFIELD, NEW JERSEY 08033
856-261-0889
KARINELKIS@GMAIL.COM

January 11, 2016

The Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Dear Judge Wigenton,

I have known David Butler for more than 25 years. While I appreciate the seriousness of the offenses that he has been convicted of, I believe that David is a person who is committed to helping those in need and that he can best atone for his actions by continuing his important work for those in need.

I am currently a Vice President at Optimus Partners, a corporate communications and strategic planning firm. Prior to that, I spent more than 30 years in government, serving as a senior aide for three United States Senators and as the Chief of Staff for the New Jersey Senate Majority Office. Throughout my career, and in my various volunteer roles with community and religious organizations, I have been devoted to improving access to education, expanding economic opportunity, and helping the less-fortunate. This is how I first came to know David.

When I first joined the board of the Jewish Federation of Southern New Jersey, David was serving as president. He took it upon himself to mentor me so that I could most effectively serve the community and lead the organization. For example, I remember David taking the time to help me understand the procedures that the board used to vote on measures and going over financial reports. He spent long hours working to make sure that we made the right decisions. His work has ensured that our community was on firm footing when he passed control on to his successor.

I have recently witnessed David's work in what I call his "Second Act." David has been volunteering with Urban Promise, a community organization that equips children and young adults with skills needed for academic achievement, life management, personal growth, and leadership. David is now teaching art for Urban Promise and working to formalize their art program. He is

January 11, 2016

**KARIN E. ELKIS**

247 KINGS HIGHWAY WEST, HADDONFIELD, NEW JERSEY 08033
856-261-0889
KARINELKIS@GMAIL.COM

Page 2 of 2

also working to promote the program outside of its normal service area in Camden; he is going into the surrounding suburbs and helping the group reach more at-risk youth.

Over the past 25 years, I have come to know David Butler as someone who is committed to his community and to helping those that need it most. I hope that my experiences with David are helpful to you in understanding who he is as a person.

Sincerely,

Karin Elkis

Honorable Susan D, Wigenton
United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

You're Honor,

We would like to take this opportunity to introduce ourselves to you. I am writing this letter on behalf of
my husband and me. Our names are Hayward and Merle Wallner and we are cousins of David Butler.
We reside in Bucks County, Pa. where we are both employed in full time in public companies in the field
of technology. We are aware that David has been convicted of a felony and are writing this letter in
support of his upcoming sentencing.

Hayward and have had the pleasure to know David for over 40 years and consider him not only a
relative but a dear and loyal friend. He married my cousin Maxine and has been a devoted and loving
husband, father, and now grandfather.

Due to some extenuating circumstances tied to a brother in law with special needs and other various challenges in
the family. David has had to help provide a loving and caring environment for more than just his immediate family.
David has a brother-in-law named Bruce who resides at the Elwyn Institute which is a facility that serves disabled
and disadvantage individuals. David has always being a significant presence in Bruce Wechsler's life at Elwyn
and has volunteered for many years on numerous occasions to help the residents and various
programs at Elwyn succeed. David has always been there as a support system to his other brother in law Ira and
sister in law Judy, who both faced serious life challenges. He has opened his home to them in the time of need and
has displayed his unselfishness continually to the family throughout the past 40 years.

Hayward and I have always been impressed by David's compassion and commitment towards others. He
has sacrificed countless days and weeks over his lifetime as he volunteered and assumed responsibility
and executive positions at the Jewish Community Center in Cherry Hill. Even to this days, David is
helping people in Camden, New Jersey develop their art skills by devoting himself to teaching them how
to paint. David has continually worked on his talent as a painter and a sculptor and is an artist to be
admired.

My husband Hayward suffered a heart attack and emergency surgery, and David was there for me
during my darkest hours supporting me emotionally. During the 10 day stay in the hospital, I
will never forget how devoted David was to me and my family. Over the last 2
years, during his current battle with stage 3 prostate cancer, David has never protested his treatment process and
ongoing exhaustion and discomfort.

I could continue with descriptions of David's many other good qualities- his work ethic, his positive
energy, and his character to name three. Instead I would simply like to say how much we respect and
admire David and we are blessed to have him as a member of our extended family, confidant and dear
friend.

Sincerely

Merle and Hayward Wallner

**Maccabi USA**
BUILDING JEWISH PRIDE THROUGH SPORTS

February 2, 2016

PRESIDENT
*Ron Carner*
*NEW YORK, NY*

CHAIRMAN
*Robert E. Spivak*
*PHILADELPHIA, PA*

FIRST VICE PRESIDENT
*Jeffrey Bukantz*
*MONTVILLE, NJ*

VICE PRESIDENTS
*Leland H. Faust*
*SAN FRANCISCO, CA*

*Donna Orender*
*JACKSONVILLE BEACH, FL*

*Jodi Reff*
*ROCKVILLE, MD*

*Jeffrey Schulman*
*BURLINGTON, VT*

SECRETARY
*Donald P. Kent*
*NEW YORK, NY*

TREASURER
*Benjamin Fox*
*NORMAN, OK*

ASSOCIATE TREASURER
*Marc A. Rosenberg*
*SHORT HILLS, NJ*

LEGAL COUNSEL
*Mark I. Rabinowitz, Esq.*
*PHILADELPHIA, PA*

PAST PRESIDENT
*Toni Wortman*
*EAST NORTHPORT, NY*

EXECUTIVE DIRECTOR
*Jed Margolis*

Maccabi USA is a
501(c)3 Organization



MACCABI WORLD UNION



MULTI-SPORT
ORGANIZATION

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Dear Judge Wigenton,

It is indeed a privilege to be writing a letter on behalf of David Butler, whom I have known for over 35 years. Having been involved as a professional in the not-for-profit organizational world for over 40 years, currently serving as Executive Director for Maccabi USA in Philadelphia, I come across many people who make a difference in their community on a local level as well as internationally. Throughout my years of involvement as a professional in the JCC world and at Maccabi USA, David stands out as one of the top people that I have worked with.

He is hard working, smart, caring, engaging, fair and upfront. He is a wonderful family man who cares deeply about his family, yet he welcomed us into his "family" as someone who moved into the community. He has a close relationship with his children and wife and recently became a grandfather. Those hundreds of hours of volunteer work will pay off for not only his grandchildren but the community at large, in making the services of the JCC, especially, so strong.

David is a giving individual who has supported the Jewish Federation, the JCC and many other organizations, including the community at large.

I have also known David as a friend. We first met on the basketball court when I first moved to Cherry Hill. Competing on the court with or against someone is a great way to get to know them. I saw David as a leader on the court, a team-builder, and one who got as much pleasure in making a good pass as scoring himself. The process of thriving together was of greatest importance to David, and he always gave it his all. Competing against David also was a pleasure since he could be counted on to be a fair adversary who was always respectful. I also remember seeing David when things would go wrong, he would not blame others or make them feel badly. Everyone makes mistakes and he would always be able to accept responsibility and to move on in case it was his mistake. Yet by knowing someone in the heat of battle you learn much about them, and David's best attributes came out in competition.

1511 Walnut Street, Suite 401, Philadelphia, PA 19102   (215) 561-6900  FAX: (215) 561-5470   maccabi@maccabiusa.com   www.maccabiusa.com

Honorable Susan D. Wigenton                 page 2                         January 12, 2016

My wife, Beth, and I have shared many wonderful moments with David and his family.  We are both impressed with how he, and they, have handled the myriad of challenges we all face.

As a result, we submit this letter of endorsement for David proudly and without hesitation even given the legal issues that he is currently dealing with.  Should you have questions we would love to provide answers.

Thank you for this opportunity.

Jed Margolis
Executive Director

JM/sdm

2 Stonehurst Drive
Voorhees, NJ 08043
February 8, 2016

Honorable Susan D. Wigenton
United States District Court
District of New Jersey
Martin Luther King Building
  & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Dear Judge Wigenton,

I know that David Butler has been convicted of a crime. I am writing on his behalf, as a friend who has known him for many years through our mutual volunteer involvement in the Jewish Community Center of Cherry Hill.

I have been a volunteer in the Jewish community, serving on the Federation's Board of Directors and as President of the Federation's Department of Jewish Education, but mostly as a member of the Board of the JCC. Professionally, I have been the librarian at Congregation Beth El for 28 years, and am also a freelance book group facilitator, directing several local book clubs.

I met David Approximately 25 years ago, when I was newly elected to the Board of Directors of the JCC.  David impressed me immediately with his passion for the agency and his leadership skills. When planning began for moving the agency from Route 70 to its current location, it was clear that David was a driving force behind the move, devoting countless hours and days working to make the move a reality.

I have remained on the Board of the JCC ever since, gradually working my up to the level of President (2007-9), and have stayed on the Board even beyond my presidency.  Much of what I learned about leadership, leading to my presidency, was learned by observing and talking with David, who was a wonderful mentor.  When I joined the Board I had no designs on the presidency, but David's example and encouragement helped me grow into the role.

David has remained a role model for me. Though he is no longer on the JCC Board, he continues to show his commitment to the agency, offering sound advice and suggestions to me and other Board members.

Additionally, I have had many opportunities to observe David with his family. His devotion to his wife, children and grandson are admirable. He is truly a "family man" who also continues to demonstrate commitment to his community.

Yours truly,

Amy Kaplan

January 19, 2016


Honorable Susan D. Wigenton
Martin Luther King, Jr. Federal Building
and United States Courthouse
50 Walnut Street
Newark, NJ 07101

Dear Judge Wigenton:

Please accept this letter on behalf of Mr. David Butler.  I have known David for over two years when we met through mutual friends.  Since meeting David, I have known him to be a caring and kind person and one who gives back to others.

I am the Executive Director at Lions Gate Continuing Care Retirement Community in Voorhees, NJ. David Butler has been conducting an art class for our Independent Living residents for over two years. David volunteers his time for the weekly art classes as well as purchases the art supplies on his own for the residents to use.  In observing David during some of his art classes, he is patient, compassionate and a wonderful teacher.  I have heard many positive comments from the residents who attend David's class about what a wonderful and genuine person he is.  I also concur with the opinions of the residents. Out of the many various activities and classes that are offered to the residents at Lions Gate, David's art class is one of the most popular classes.

I ask you for leniency in the sentencing process.

Thank you very much for your consideration.

Regards,

Susan Love
1920 Frontage Rd.
#308W
Cherry Hill, NJ 08034
609-314-8599



Rabbi Steven C. Lindemann
reblindy@aol.com

Honorable Susan D. Wigenton                                  January 12, 2016
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Dear Judge Wigenton,

I am writing on behalf of David Butler, whom I have known for over 20 years as his rabbi and a friend. Over these years, I have had numerous interactions with David and his family during life cycle events, and I have worked with him on a number of community projects. In all of those encounters, I have found him to be good family man and an exemplary participant in Jewish communal life.

Let me be very direct about this. David is one of my favorite people. He has always been very honest and forthcoming in our personal and professional dealings.

My earliest interactions with him were through his involvement with the Jewish Community Center. David undertook a leadership role in moving that organization from an old facility on the West Side of Cherry Hill to a new location and greatly expanded campus on the East Side. It was a massive effort on a number of levels. David personally met with all the rabbis and community leaders to get their in-put into the types of program priorities they had for the new JCC. He demonstrated himself to be a good listener, and he asked all the right questions. As you might imagine, there are always competing interests among communal institutions. David made every effort to understand and take into consideration the concerns synagogues might have about such issues as Sabbath programming, conflicts with religious school, competition among pre-schools, fundraising, and so many other matters. He followed up on all that we discussed and, to the best of his ability, made sure that all interests were balanced. Quite frankly, he made a qualitative improvement in the life of the Jewish community for multiple generations. I came away from that endeavor convinced of his sincerity, integrity, and genuine respect for all the leaders and organizations in our community. Over all the years since, I have always found him to be a person I could go to with concerns, questions, and for help. David has never failed to give me his honest opinion, even when he knows I may not entirely agree, and because he is so forthright, I know I can trust him.

-2-

I have also come to know him as a husband and father. He and his wife have given their children a Jewish education at our synagogue and participated in services and family programs during those years. The family David and Maxine have built is a wonderful example of closeness and Jewish values. I have celebrated with them at a Bar Mitvah, a Bat Mitzvah and a wedding. I have watched their children participate in school theater productions at Cherry Hill East High School. I have seen how they support and encourage their children to be good people. David and Maxine have given their children the example of a good marriage, a home in which Jewish holidays are celebrated with extended family and friends, and an understanding of what it means to give back to community. I can truly tell you that I love them and their children.

Over the last few years, David and I have become even closer. His artwork hangs on the wall of my home. He and Maxine have been at our home for Shabbat meals, and David and I have had so many lunches together, enjoying each other's company and discussing family and community life. We have had very open conversations about health issues, parenting, work, and Judaism, and I can truthfully say that I have grown as a result of these conversations. He is a friend as well as a congregant, and I have become comfortable sharing as openly with him as he does with me.

It is not surprising then, that David came to me to tell me about this legal issue, even before it became public. He was as honest and forthright in explaining what had happened as he has always been in every matter we have we have discussed. He wanted me to know what was coming so that I would not be taken by surprise and so that I could, if I thought it best, keep a distance between us in order to insulate myself and the synagogue. This, of course, would never have occurred to me. We come from a tradition which understands that human beings may make mistakes or choices that are in error, and we believe that the response on those occasions may show their truest character. The way David has responded to what has happened has only added to my respect for him and deepened our friendship. He is a good guy.

You know, you can tell a lot about a person's character by the way he responds to adversity. In addition to the legal difficulty he has been facing, one which I know has weighed heavily upon him, he has also been dealing with a serious illness. Never once in talking about this has he said "why me?" David doesn't do that. He has expressed his fears, his concern about the stress his illness has put upon his family, and the physical and emotional discomfort of the
disease and treatment. But he has faced it all with determination and, frankly, a degree of grace that is inspiring. He has maintained his interest and involvement in community throughout this, as well as his sense of humor. In our meetings, he has never failed to ask about how my family and I are doing, and he has shown a real interest in details. His interest in others is not perfunctory or superficial.

-3-

David is what we call a "mentsch," a really decent human being.

I share this with you so that you will understand that David is a man of good character, and despite the matter that has brought him before your court, and maybe also because of it, I believe he will be an even better person in the future. Good and decent people find ways to grow and gain strength from even the most difficult experiences. David is that type of man.

I hope that you will take all of this into account, and I thank you for your consideration.

Sincerely,

Rabbi Steven Lindemann



THE
NASH
LAW
GROUP LLC

January 7, 2016

Honorable Susan D. Wigenton
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ   07101

Re:  David Butler

Dear Judge Wigenton,

I am writing in support of David Butler who is before this Court for sentencing on March 3, 2016.

I have known David for many years and consider him a good friend.  Our relationship first developed through our mutual work in the South Jersey community where David has been very active on behalf of non-profit organizations.  His efforts in support of the Jewish Federation of Southern New Jersey are well known and, in particular, his passion for serving the youth of our community has made a meaningful difference in the lives of so many.

A few years ago I had introduced David to the Director of Urban Promise, a wonderful non-profit organization working with the children in Camden City.  From that initial meeting, David worked tirelessly with that organization on various projects and to raise funds desperately needed to advance the work of that important organization in an impoverished city.

I understand that David has been convicted of a crime.  The purpose of this letter is not to reflect on the criminal matter, but rather to provide the Court with some sense of David's involvement in and passion for his community.

Respectfully submitted,

Jeffrey L. Nash, Esq.

# Joel M. Kaber

**108 Henfield Avenue
Cherry Hill, NJ  08003
(856) 424-9227
jkaber@jfedsnj.org**

Bryan C. Bughman
Trial Attorney
United States Department of Justice
Antitrust Division
26 Federal Plaza Room 3630
New York, NY 10278

Dear Mr. Bughman,

I am the CEO of the Jewish Federation of Southern New Jersey, a
network of social service agencies which serves Camden,
Burlington and Gloucester counties in the State of New Jersey.
However, I wish to state that I am writing this letter
personally on behalf of my friend David Butler and not in my
capacity as the CEO.

I have known Mr. Butler for 38 year since I was a family
counselor with Jewish Family and Children's Service (JFCS). Mr.
Butler, as a young man was already an active community
volunteer. He served as an advisor to a high school youth group.
David's mother-in-law was an active volunteer at JFCS and his
father-in-law rose to become president of our Jewish Federation.
His wife Maxine has likewise been an active voulunteer with both
our Jewish Community Center (JCC) and our JFCS.

David, in particular, distinguished himself through his
charitable endeavors. His "lead by example" philosophy included
giving and working on behalf of the JCC, chairing numerous fund-
raising events and taking a leadership role in the capital fund-
raising to build our Jewish Community Campus building with the
JCC as the centerpiece. This facility opened in 1997 and I dare
say that without David's hands on, daily involvement we may not
have been nearly as successful in completing a communal
institution which serves thousands of residents of our community
including the very young, seniors and many persons in financial
need.

It was David's outstanding volunteer effort, done with skill,
compassion and commitment which led The Jewish Federation to
select him as its Young Leadership Award recipient for 1997. It
coincided with both the opening of our campus facility and
David's presidency of the Jewish Community Center. At David's

request and because of our long standing relationship I had the
honor and pleasure of presenting David with his award at the
Federation annual meeting.

I have also had the privilege of traveling to Israel with David
and his family as part of a Federation fact finding mission.
David's caring extends to helping the Jewish community wherever
people may be in need and that certainly includes the social
service work which we fund in the State of Israel.

I also want to mention that I have gotten to know David's
children as they were growing up. In fact, his daughter
currently is employed as a JFCS social worker with a focus in
the area of child and adolescent counseling. If our children are
indeed a reflection of how they were raised and the example
which their parents have set for them, then David and his wife
Maxine have done an exemplary job since both of their children
are, in my view, wonderful young people with a vision for their
own future and a desire to assist others.

Mr. Bughman: I have been made aware, by David himself, that the
government is considering bringing charges against him. David
has been forthcoming in sharing with me what he has been accused
of. I am not in a position nor will I comment on the allegations
or the process. I have the ultimate respect for the rule of law
and the judiciary process which our country strives to ensure. I
only ask that you, as the representative of the DOJ, please take
into account the kind of man David is and the life which he has
led. That is my purpose in writing on behalf of a wonderful
community volunteer and moreover a close friend. It is that
which I respectfully ask you to consider.

Thank you for your consideration. Please let me know if I can be
of further assistance.

Sincerely,

Joel M. Kaber

Joel M. Kaber

THE LAW OFFICES OF
**STEVEN M. JANOVE, LLC**
30 South 17th Street – 5th Floor
Philadelphia, PA 19103-4196
(215) 564-4605
Fax (215) 689-3623
sjanove@janovelaw.com

February 2, 2016

Honorable Susan D. Wigenton
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

                              Re: David Butler

Dear Judge Wigenton:

It is an honor for me to write the Court in support of David Butler.

My wife Ilyse and I have known David for over thirty years.  During these past decades of friendship, I have witnessed David as a loving and devoted Husband to Maxine, a thoughtful and compassionate Father of two remarkable children, a caring and empathetic friend – and a determined community leader whose only goal was to help others.

As a community leader, David is highly respected and deservedly so.  David was instrumental in building the Katz Jewish Community Center in Cherry Hill, New Jersey.  The facility could be called one of the finest JCCs in the United Sates, but instead, I call it the "JCC that David Built."  Your Honor, I firmly believe that the Katz JCC would not exist but for the many years of David's undying commitment to make it happen.

The Katz JCC - and David Butler - have changed innumerable lives for the better.  By way of just one example, in 1999, David was the driving force in bringing the Maccabi Games to the Katz JCC.  As the co-chair of this nationally recognized event, David managed thousands of volunteers and participants from over twenty countries.  With boundless energy, David displayed exemplary collaborative skills, including a focus on countless details and the ability to listen - a skill so important for a real leader.

My wife Ilyse was one of the thousands of volunteers as she chaired the Maccabi Games' "Day of Caring."  Ilyse saw up close David's leadership and organizational skills, generosity, level-headedness and problem solving as thousands of people came together to participate in the doing of good deeds with the simple purpose of helping the less fortunate.  The Maccabi Games and the Day of Caring were a resounding success – due in large part to David Butler's leadership.

I would be remiss if I did not cite the fact that David and Maxine were the first to develop and chair the Arts, Books and Culture Festival at the Katz JCC.  From their guidance, the Katz JCC's Festival is now considered one of the foremost events for Jewish culture in the United States.  Since David and Maxine first chaired the event, some of the country's preeminent authors, entertainers and artists have come to Cherry Hill to share their ideas and values with the community.

Hon. Susan D. Wigenton
February 2, 2016
Page 2

David has led an amazingly well-rounded life. Not surprisingly, he is a natural entrepreneur. David has built businesses by taking ideas and, through sheer force of will, built those ideas into thriving organizations that have provided jobs that otherwise would not exist.

David's life in business is complemented by his life as an enormously talented artist. He shares his creativity by devoting many hours to teaching painting at the Katz JCC and at the Urban Promise Program, which was created to help assist Camden youth with skills necessary for academic achievement and spiritual growth. Ilyse and I are honored to display David's art work in our home.

Sadly, David has been severely tested by his recent health problems. David has never complained or asked "why me?" Despite not feeling well while enduring painful treatments and medication, David has persevered and continued to lead a full life with his family. In doing so, David has shouldered his health challenge not as a wound, but rather as a source of strength.

In conclusion Your Honor, I want to assure you that David has accepted responsibility for his mistakes. He has strived to be an example to his children – to show them the meaning of taking responsibility, apologizing and seeking redemption through good deeds.

Quite simply, David Butler is an extraordinarily gifted and generous man who has devoted his life to his family and the betterment of the community. I strongly and wholeheartedly support David with a prayer that you will show him compassion and clemency.

Respectfully,

Steven M. Janove