# Appendix B

14  The Cherry Hill Trend  June 13, 1997  14

# Community Center Nearly Completed

BY SYBIL KLEINFELD



*David Butler, president of the Jewish Community Center, stands in front of the in-door Imaginarium, a two-story climbing and play structure and a trike track.*

The long-awaited opening of the $17 million Jewish Community Center at the corner of Springdale and Kresson Road in Cherry Hill is set for June 22.

The 110,000-square-foot facility is on the site of the Jewish Community Campus. The campus also includes outdoor pools, tennis courts, ballfields and the Saltzman house — a senior high-rise.

The Community Center will include a state-of-the-art fitness center, an early childhood complex with 14 classrooms and toddler sized playgrounds. There are teenager and youth programs, adult and senior programs, the Holocaust Resource Center and a library. There will also be a kosher cafe.

The entire health and fitness complex will be available for the opening. The complex includes a double gymnasium, an indoor 25-yard pool, a children's and senior's training pool, two outdoor pools and men and women spas. There is also a dance/aerobic studio, as well as an indoor cycling studio. A two-lane suspended running track, with its ten laps to the mile, is the largest indoor track in South Jersey.

"The Health and Fitness Center will serve every member regardless of age or fitness level through programming which will be safe, educational and motivating," said David Butler, president of the center.

The expanded Early Childhood wing includes the indoor Imaginarium, a two-story climbing and play structure and a trike track.

There will be expanded early childhood services, including infant care, day care and nursery school, as well as children's after school programs. Kindercamp, a day camp program will open June 23.

"Every class will have a state certified teacher," said Deborah Orel Maron, associate director of membership, marketing and fundraising.

There will be a teen and tween complex that will include a teen lounge and game room. There will be computers, pool tables, ping pong tables and a foosball table.

A senior/adult complex will be used for adult education programs and recreational activities.

The Holocaust Resource Center, which is off of the main lobby, will open in August. The facility will be used for teaching, learning and remembering the Holocaust. "We are delighted to expand the services of Holocaust education to the tri-state area and have it headquartered in Cherry Hill," said Allen Respler, executive director of the Jewish Community Relations Council.

The Jewish Community Center building will also house the Jewish Federation of Southern New Jersey, the Allied Jewish Appeal, Jewish Family and Children Services, the Department of Jewish Education, the Jewish Community Relations Council and the Jewish Community Voice.

Tours will be available to the public, and will take approximately 45 minutes. The dedication date for the facility is September 7. A black tie gala will be held on September 6.

For 41 years the Jewish Community Center of Southern New Jersey has been on Route 70 in Cherry Hill. It has served the area's Jewish residents with health facilities and programing services for everyone from infants to seniors.

# Southern N.J. Maccabi team shows its spirit

**By DAVID PORTNOE**
**Voice Staff**

Southern New Jersey's first full-scale participation in the North American Maccabi Youth Games was a resounding success, according to David Butler, Maccabi Committee chair. "Every one of the 54 athletes who went to Chicago showed enthusiasm and sportsmanship. Southern New Jersey should be proud of the team's performance both on and off the field," Butler said.

Ruth Gluck, JCC physical education director and team coordinator, said she was particularly impressed by the team spirit demonstrated by the athletes. South Jersey competed in five different sports at the biennial event — swimming, tennis, track and field, basketball and soccer. Gluck said that as soon as one team finished its competition for the day it would travel to where the other teams were playing to cheer on their fellow South Jerseyites.

Members of the South Jersey delegation not only had a chance to get to know each other, but there was also an opportunity to interact with some of the 3,000 other Jewish youths from 17 different countries who participated in the August games.

"The athletes left the games with a better understanding of, and appreciation for, the world's different Jewish communities," said Paul Slotkin, a Maccabi Committee vice chair. He added that there is nothing quite like the experience of competing with Jewish athletes from around the world.

Despite the tough international competition, South Jersey athletes succeeded in taking home 11 medals. Andrea Gaber, a 13-year-old swimming sensation, won five medals, including gold medals in both the 100- and 200-meter Breaststroke. She set new Maccabi records in both events. She also won a silver in the 200-meter Freestyle, a bronze in the 200-meter Individual Medley and a bronze in the 50-meter Freestyle.

Swimmer David Back succeeded in winning a silver medal in the 400-meter Individual Medley and a bronze in the 400-meter Freestyle. Matt Meier won a bronze in the 100-meter Freestyle and Paula Katz took home a bronze in the 400-meter Freestyle Relay.

Tennis team members Jason Lichterman and Larry Meltzer took home a gold in the Men's Doubles competition, while runner Andrew Swers picked up a bronze in the 100 meters.

Maccabi Committee Chair David Butler is hoping that the success of this year's games will lead to an even larger team and greater participation in the Detroit games of 1990. "The athletes, the coaches, the Maccabi Committee and the parents all worked hard to make the games an unforgettable experience," Butler said, adding that everyone involved has already begun to look forward to Detroit.



The Southern New Jersey Maccabi team marches into Northwestern University's Dyche Stadium during Opening Ceremonies.



