# Appendix C



